**BRIDGET KENNEDY**
California State Bar No. 253416
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone (619) 234-8467
Facsimile (619) 687-2666
bridget_kennedy@fd.org

Attorneys for Mr. Hernandez-Figueroa

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 07mj3000 |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE** |
| FRANCISCO HERNANDEZ-FIGUEROA, | |
| Defendant. | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Bridget L. Kennedy, Federal Defenders of San Diego, Inc., files this Notice of Appearance as attorney in the above-captioned case.

Respectfully submitted,

Dated: January 2, 2008

 *s/ Bridget Kennedy*
Federal Defenders of San Diego, Inc.
Attorneys for Defendant
*bridget_kennedy@fd.org*