**BRIDGET KENNEDY**
California State Bar No. 253416
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone (619) 234-8467
Facsimile (619) 687-2666
bridget_kennedy@fd.org

Attorneys for Mr. Hernandez-Figueroa

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 07mj3000 |
| Plaintiff, | ) | |
| v. | ) | PROOF OF SERVICE |
| **FRANCISCO HERNANDEZ-FIGUEROA,** | ) | |
| Defendant. | ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

  **United States Attorney**
  efile.dkt.gc1@usdoj.gov,

Dated: January 2, 2008      *s/ Bridget Kennedy*
                **BRIDGET KENNEDY**
                **TIMOTHY R. GARRISON**
                Federal Defenders
                225 Broadway, Suite 900
                San Diego, CA 92101-5030
                (619) 234-8467  (tel)
                (619) 687-2666  (fax)
                bridget_kennedy@fd.org
                timothy_garrison@fd.org