FILED

08 JAN -9 PM 3:19

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: ___PML___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury    08 CR 0093   JAH

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. _____ |
| Plaintiff, | **I N D I C T M E N T** |
| v. | Title 8, U.S.C., Sec. 1326(a) – Deported Alien Found in the United States |
| FRANCISCO HERNANDEZ-FIGUEROA, | |
| Defendant. | |

The grand jury charges:

On or about December 27, 2007, within the Southern District of California, defendant FRANCISCO HERNANDEZ-FIGUEROA, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326(a).

DATED: January 9, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
PAUL L. STARITA
Assistant U.S. Attorney

PLS:nlv:San Diego
1/8/08