**BRIDGET KENNEDY**
California State Bar No. 253416
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone (619) 234-8467
Facsimile (619) 687-2666
Bridget_Kennedy@fd.org

Attorneys for FRANCISCO HERNANDEZ-FIGUEROA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JOHN A. HOUSTON)**

| UNITED STATES OF AMERICA, | ) Case No. 08CR0093-JAH |
|---|---|
| Plaintiff, | ) DATE: February 19, 2008 |
| | ) TIME: 8:30 a.m. |
| v. | ) |
| | ) NOTICE OF MOTIONS AND MOTIONS TO: |
| FRANCISCO HERNANDEZ-FIGUEROA, | ) (1)   COMPEL DISCOVERY AND PRESERVE |
| | )        EVIDENCE; and |
| Defendant. | ) (2)   GRANT LEAVE TO FILE FURTHER |
| | )        MOTIONS |
| _____ | ) |

TO: KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
    PAUL L. STARITA, ASSISTANT UNITED STATES ATTORNEY:

PLEASE TAKE NOTICE that on February 19, 2008 at 8:30 a.m. or as soon thereafter as counsel may be heard, defendant, FRANCISCO HERNANDEZ-FIGUEROA, by and through his attorneys, BRIDGET KENNEDY, and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the following motions.

//
//
//
//
//

08CR0093-JAH

**MOTIONS**

Defendant, FRANCISCO HERNANDEZ-FIGUEROA, by and through counsel, BRIDGET KENNEDY, and Federal Defenders of San Diego, Inc., asks this Court pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law, and local rules for an order to:

(1) Compel Discovery and Preserve Evidence;
(2) Grant Leave to File Further Motions

This motion is based upon the instant motion and notice of motion, the attached statement of facts and memorandum of points and authorities, the files and records in the above-captioned matter, and any and all other materials that may come to this Court's attention prior to or during the hearing of these motions.

Respectfully submitted,

Dated: February 4, 2008

*s/ Bridget Kennedy*
**BRIDGET KENNEDY**
Federal Defenders of San Diego, Inc.
Bridget_Kennedy@fd.org
Attorneys for Mr. Hernandez-Figueroa

08CR0093-JAH